UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MICHAEL BRADLEY, | No. 2:18-cv-0854 AC P |
| Plaintiff, | |
| v. | ORDER |
| CORRECTIONAL HEALTH SERVICES, | |
| Defendant. | |

Plaintiff is a former county jail detainee, challenging conditions of his prior confinement at the Rio Cosumnes Correctional Center (RCCC), under the authority of the Sacramento County Sheriff's Department. Plaintiff proceeds pro se with a complaint and a motion to proceed in forma pauperis. The complaint, filed April 9, 2018, informs the court that after April 13, 2018, plaintiff will be using a street address, indicating that he may then be released. See ECF No. 1 at 2. Indeed, documents sent by the court to plaintiff at the RCCC address were returned and have now been re-served on plaintiff at the designated street address.

Because plaintiff is apparently no longer in custody, he must complete and submit a non-prisoner application to proceed in forma pauperis on the form provided herewith. See e.g. Adler v. Gonzalez, 2015 WL 4041772, at *1, 2015 U.S. Dist. LEXIS 85909 (E.D. Cal. July 1, 2015), report and recommendation adopted, 2015 WL 4668668, 2015 U.S. Dist. LEXIS 103386 (E.D. Cal. Aug. 6, 2015) (Case No. 1:11-CV-1915 LJO MJS), and cases cited therein.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days after the filing date of this order, plaintiff shall complete and file the attached application to proceed forma pauperis used by non-prisoners in this district;

2. Failure of plaintiff to timely submit the completed application will result in the dismissal of this action without prejudice; and

2. The Clerk of Court is directed to send plaintiff a blank application to proceed forma pauperis used by non-prisoners in this district.

DATED: April 26, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE