8               UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| 11 | JOSEPH MICHAEL BRADLEY, | No. 2:18-cv-0854 AC P |
| 12 | Plaintiff, | |
| 13 | v. | ORDER and |
| 14 | CORRECTIONAL HEALTH SERVICES, | FINDINGS AND RECOMMENDATIONS |
| 15 | Defendant. | |

16

Plaintiff filed a complaint in this action on April 9, 2018, challenging conditions of his prior confinement at the Rio Cosumnes Correctional Center. See ECF No. 1. This action is referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c).

By order filed April 27, 2018, this court directed plaintiff to pay the filing fee or submit a completed application to proceed in forma pauperis (IFP). See ECF No. 4. The court set a deadline of thirty (30) days and informed plaintiff that "[f]ailure . . . to timely submit the completed application will result in the dismissal of this action without prejudice." Id. at 2. The thirty-day deadline has now expired but plaintiff has not paid the filing fee or submitted an IFP application, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a district judge to this case.

Further, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen (14) days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 5, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE